1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DOUGLAS MURPHY,                        No.  2:24-cv-1071 AC P

12                Plaintiff,

13        v.                                ORDER

14   CHARLES B. SMITH, et al.,

15                Defendants.

16

17        Plaintiff, a county inmate proceeding pro se, has requested that this action be dismissed.

18   Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

19        Accordingly, IT IS HEREBY ORDERED that:

20        1.   This action is dismissed without prejudice.

21        2.   All pending motions (ECF Nos. 9-15) are denied as moot.

22        3.   The Clerk of Court shall close this case.

23   DATED: December 9, 2024

24

25   ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

26

27

28